614

384 A.2d 995

Ewings v. Keller, Appellant.

Argued November 15, 1977.   Paul J. Quattrone, for appellant;  Richard Dorsey Muller, with him Randall Chapman, for appellee.

Order affirmed.

384 A.2d 995

Ferri, Appellant, v. Ackerman.

Argued November 22, 1977.   Francis Rick Ferri, appellant, in propria persona, submitted a brief;  Ned J. Nakles, with him George E. Schumacher, for appellee.

Order affirmed.